UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00039

**Muhammad Danyal Bhatti,**
*Plaintiff,*

v.

**United States Citizenship and Immigration Services et al.,**
*Defendants.*

# ORDER

Plaintiff brought this action under 8 U.S.C. § 1447, asking the court to either adjudicate his citizenship application or remand the matter to United States Citizenship and Immigration Services (USCIS) with instructions to complete the adjudication. Doc. 1 at 13–14. Defendants moved to dismiss for lack of subject-matter jurisdiction. Doc. 5.

Among other requirements, an applicant for naturalization must submit a completed Form N-400 to USCIS. *See* 8 C.F.R. § 334.2. The applicant must then appear before a USCIS officer for an examination and interview. *Id*. § 335.2(a). Upon completion of this examination, USCIS has 120 days to either grant or deny the citizenship application. *Id*. § 335.3. If this deadline is not met, the applicant "may apply to the United States district court for the district in which the applicant resides" for adjudication of their citizenship application or for remand to USCIS with appropriate instructions. 8 U.S.C. § 1447(b).

Here, the parties dispute whether the § 335.2(a) examination occurred. *See generally* Docs. 5, 6. The parties also dispute whether the § 335.2(a) examination is a jurisdictional requirement or merely an element of plaintiff's cause of action. Docs. 5, 6.

Either way, the court is incapable of adjudicating plaintiff's naturalization application without the examination records. Thus, the occurrence of the examination is dispositive here.

The court orders the parties to submit cross motions for summary judgment on the issue of whether the § 335.2(a) examination occurred. The motions must include any evidentiary attachments the parties wish to be considered and must be filed by November 3, 2025. Any response to such a motion must be filed within two weeks of receipt and no later than November 17, 2025. Defendants' motion to dismiss (Doc. 5) is held in abeyance pending resolution of the motions for summary judgment.

*So ordered by the court on September 12, 2025.*

J. CAMPBELL BARKER
United States District Judge