UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00039

**Muhammad Danyal Bhatti,**
*Plaintiff,*

v.

**United States Citizenship and Immigration Services et al.,**
*Defendants.*

# ORDER

On September 12, 2025, the court ordered the parties to submit cross motions for summary judgment. Doc. 10 at 2. A month later, the parties moved to stay this proceeding in light of the recent lapse in government appropriations. Doc. 12. The court denied that motion, stating that the parties were required to find the means to continue to participate in this litigation. Doc. 13.

Plaintiff has now filed an unopposed motion to extend the filing deadlines for the parties' motions for summary judgment. Doc. 15. Plaintiff asserts that there is good cause to extend the deadline because discovery is needed to provide the court with "comprehensive briefing and all relevant evidence." *Id.* at 3.

The court finds that there is good cause to extend the summary judgment briefing deadlines. Plaintiff's motion (Doc. 15) is granted. The deadline for the parties' motions for summary judgment is extended to March 2, 2026. Any response to a motion for summary judgment must be filed by March 16, 2026.

*So ordered by the court on October 17, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -